UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ERNESTO MARTINEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:13-CV-31 |
| | § | |
| CITY OF TEXAS CITY, TEXAS, | § | |
| | § | |
| Defendant. | § | |

# FINAL JUDGMENT

Pursuant to the Memorandum and Order entered in this case rendering a decision on Defendant's Motion for Summary Judgment, Plaintiff Ernesto Martinez shall take nothing in his suit against Defendant City of Texas City, Texas. All costs of court are taxed against the party incurring the same.

This is a final judgment.

**IT IS SO ORDERED.**

**SIGNED** this 21st day of February, 2014.

_____
Gregg Costa
United States District Judge